IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | |
| MARITZA SOLA MORALES | * | CASE NO. 15-03511 BKT |
| | * | CHAPTER 13 |
| Debtor | | |
| ------------------------------------------ | * | INDEX |
| CITI MORTGAGE, INC. | * | |
| Movant | | |
| | * | |
| MARITZA SOLA MORALES; | | |
| ALEJANDRO OLIVERAS RIVERA, TRUSTEE | * | |
| Respondent (s) | * | |

### DEBTOR'S INFORMATIVE MOTION
### RE: CURING OF POST-PETITION ARREARS TO
### CITI MORTGAGE INC. (MOVANT) PURSUANT TO ORDER
### DOCKET NO's. 52, 56, & 59

TO THE HONORABLE COURT:

NOW COMES, **MARITZA SOLA MORALES**, debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On October 19, 2016, movant Citi Mortgage, Inc. ("CITI") filed a motion for relief from stay, docket no. 52, stating that the debtor was in post-petition mortgage loan arrears, in the above captioned index.

2. On November 01, 2016, the debtor filed her reply to CITI's 362 Motion requesting an extension of time to cure the post-petition arrears. *Debtor's Reply*, docket no. 56.

3. At the preliminary hearing scheduled for November 15, 2016, This Honorable Court Ordered the debtor to cure the arrears within forty five (45) days or the stay was to be lifted. *ORDER*, docket #59.

Page -2 –
Informative Motion: Curing of Arrears
Case no. 15-03511 BKT13

4. The debtor hereby respectfully informs this Honorable Court that on November 13, 2016, the debtor paid the sum of $588.51, on November 30, 2016 the debtor paid the sum of $588.51 and on December 15, 2016, the debtor paid the sum of $987.98, for a total paid to CITI of $2,165.00 which includes the sum of $1,514.90 and the sum of $650.00 for attorneys fees and costs. Attached is evidence of said payments.

5. Based on the aforestated, the debtor hereby respectfully requests this Honorable Court be informed of the aforegoing concerning CITI's §362 motion.

**WHEREFORE**, debtor respectfully requests this Honorable Court be informed of the aforegoing, in the present case.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send notice of the same to: the Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq., Sarah M Vega Bonilla, Esq., Martinez & Torres Law Offices PSC, Counsel for CITI Mortgage Inc; I also certify that a copy of this motion was sent via US Mail to: Maritza Sola Morales, Turabo Gardens I N 16 Calle 11 Caguas PR 00727, debtor in the above captioned case.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 19th day of December, 2016.

/s/Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR DEBTOR/RESPONDENT
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX NO 787-746-5294
Email: rfigueroa@rfclawpr.com

# RECEIPT/RECIBO
Thank you/Gracias

**TRACKING NUMBER (MTCN)/
NO. DE CONTROL DEL ENVIO:
697-682-3181**

For Customer Service, please call 1-800-325-6000/Para comunicarse con el servicio de atención al cliente, llame al 1-800-325-6000

My WU® #
Total Points/Puntos totales

KMART #4858
400 BETANCES ST & PR #156, PR

Payments/Servicio de Pago de Facturas
CASH

Operator ID/No. ID del Operador: L59

Date of Transaction/Fecha de Transacción
November 13, 2016/Noviembre 13, 2016

Time of Transaction/Hora de la Transacción
14:45:00 EST

Sender/Remitente
MARITZA SOLA MORALES
TURABO GARDENS C/11 N-16, CAGUAS, PR,
00725, USA
7875334119

Receiver/Destinatario:
CITIMORTGAGE

Account #/                                    ******9637
No de Cuenta

Code City/                                    CMI MO
Código de la Ciudad

Reference #/                                  NONE
No de Referencia

Expected Payout Location/
Localidad donde Esperan Pago
United States

Service Type/Tipo de Servicio:
2nd Business Day

Transfer Amount/                              588.41 USD
Cantidad de Envio

Transfer Fees/                          +     9.50 USD
Cargos por Envio

Additional Fees/                        +     0.00 USD
Cargos Adicionales

Transfer Taxes/                               0.00 USD
Impuestos de Envio

Promotion Discount/                                USD
Descuento Promocional

Total to Receiver/Total al                    588.41 USD
Destinatario:

**WESTERN UNION**

## RECEIPT/RECIBO
Thank you/Gracias

### TRACKING NUMBER (MTCN)/
### NO. DE CONTROL DEL ENVIO:
### 915-566-6028

For Customer Service, please call 1-800-325-6000/Para comunicarse con el servicio de atención al cliente, llame al 1-800-325-6000

My WU® #
Total Points/Puntos totales

KMART #4858
400 BETANCES ST & PR #156, PR

Payments/Servicio de Pago de Facturas
CASH

Operator ID/No. ID del Operador:   177

Date of Transaction/Fecha de Transacción
November 30, 2016/Noviembre 30, 2016

Time of Transaction/Hora de la Transacción
14:40:00 EST

Sender/Remitente
MARITZA SOLA MORALES
TURABO GARDENS C/11 N-16, CAGUAS, PR,
00725, USA
7876334119

Receiver/Destinatario
CITIMORTGAGE

Account #/                              *****9637
No de Cuenta

Code City/                              CMI MO
Código de la Ciudad

Reference #/                            NONE
No. de Referencia

Expected Payout Location/
Localidad donde Esperan Pago
United States

Service Type/Tipo de Servicio:
2nd Business Day

Transfer Amount/                        588.51 USD
Cantidad de Envio

Transfer Fees/                      +   9.50 USD
Cargos por Envio

Additional Fees/                    +   0.00 USD
Cargos Adicionales

Transfer Taxes/                     +   0.00 USD
Impuestos de Envio

Promotion Discount/                         USD
Descuento Promocional

Total / Total                           598.01 USD

Total to Receiver/Total al              588.51 USD

# RECEIPT/RECIBO
Thank you/Gracias

**TRACKING NUMBER (MTCN)/**
**NO. DE CONTROL DEL ENVIO**
**594-658-4784**

For Customer Service, please call 1-800-325-6000/Para comunicarse con el servicio de atención al cliente, llame al 1-800-325-6000

My WU® #
Total Points/Puntos totales

KMART #4858
400 BETANCES ST & PR #156, PR

Payments/Servicio de Pago de Facturas
CASH

Operator ID/No. ID del Operador: L59

Date of Transaction/Fecha de Transacción:
December 15, 2016/Diciembre 15, 2016

Time of Transaction/Hora de la Transacción:
20:03:00 EST

Sender/Remitente:
MARITZA SOLA MORALES
TURABO GARDENS C/11 N-16, CAGUAS, PR
00725, USA
7875334119

Receiver/Destinatario:
CITIMORTGAGE

Account #/                              ******9637
No. de Cuenta:

Code City/                              CMI MO
Código de la Ciudad:

Reference #/                            NONE
No. de Referencia:

Expected Payout Location/
Localidad donde Esperan Pago:
United States

Service Type/Tipo de Servicio:
2nd Business Day

Transfer Amount/                        987.98 USD
Cantidad de Envío:

Transfer Fees/                          9.50 USD
Cargos por Envío:

Additional Fees/              +         0.00 USD
Cargos Adicionales:

Transfer Taxes/               +         0.00 USD
Impuestos de Envío:

Promotion Discount/                     USD
Descuento Promocional:

Total / Total                           987.48 USD

Total to Receiver/Total al              987.98 USD
Destinatario: