# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**MARITZA SOLA MORALES**
**aka MARITZA SOLA**

xxx–xx–7910

Debtor(s)

Case No. **15–03511 BKT**

Chapter **13**

FILED & ENTERED ON 8/22/18

## ORDER

The debtor(s) is (are) granted fourteen (14) days to reply to the Chapter 13 Trustee's unfavorable recommendation filed on 8/13/18 (Docket No. 129). Upon failure to reply timely, the Court may enter an order denying the debtor's('s) proposed post−confirmation modified plan (Docket No. 127).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, August 22, 2018 .

Brian K. Tester
United States Bankruptcy Judge